IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ANTHONY EVANS,<br><br>                Plaintiff,<br><br>v.<br><br>SALT LAKE COUNTY JAIL ADMIN.,<br><br>                Defendant. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:16-CV-1286-TS<br><br>District Judge Ted Stewart |

Reviewing this prisoner civil-rights complaint under 28 U.S.C.S. § 1915A (2019), in an Order dated April 29, 2019, the Court deemed it deficient. (Doc. No. 13.) The Court gave directions for curing deficiencies, sent Plaintiff a "Pro Se Litigant Guide" (with a civil-rights complaint form), and ordered deficiencies be cured within thirty days. The Court has since not heard from Plaintiff; indeed, its Order was returned to sender, marked, "PRISONER RELEASED" and "UNABLE TO FORWARD." (Doc. No. 14.) The Court has not heard from Plaintiff in more than two years--since June 12, 2017, when he filed a motion that was later denied. (Doc. Nos. 10 & 12.)

**IT IS ORDERED** that this action is **DISMISSED** without prejudice for failure to state a claim under 28 U.S.C.S. § 1915(e)(2)(B)(ii) (2019), follow the Court's Order, and to prosecute this case, *see* DUCivR 41-2. This action is **CLOSED.**

DATED this 9th day of July, 2019.

BY THE COURT:

JUDGE TED STEWART
United States District Court